STEPHEN SANFORD et al., Respondents, v. JOHN CLAFLIN et al., Appellants.

(Argued June 6, 1892; decided June 17, 1892.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made February 2, 1892, which affirmed an order of Special Term, striking out portions of defendants' answer as redundant and irrelevant.

*L. McK. Garrison* for appellants.

*W. L. Van Denberg* for respondents.

Agree to affirm on opinion below.
All concur.
Order affirmed.

————————

THE PEOPLE OF THE STATE OF NEW YORK v. THE NORTH RIVER BANK.

In the Matter of GEORGE MANLEY et al., Appellants, v. FRANCIS HIGGINS, Receiver, etc., Respondent.

(Argued June 2, 1892; decided June 17, 1892.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made October 16, 1891, which reversed an order of Special Term, directing Francis Higgins, as receiver, to pay a dividend on the the claim of the appellant, as a depositor in the North River Bank.

*Nelson S. Spencer* for appellants.

*Peter A. Hendrick* for respondent.

Agree to affirm on prevailing opinion below.
All concur, except GRAY, J., not voting.
Order affirmed.